B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Southern District of New York, Manhattan Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**47th St. Gourmet Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Teresa's Gourmet Cafe** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **13-4129096** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**215 E. 47th Street**<br>**New York, NY**<br>ZIPCODE **10017** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [✓] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**47th St. Gourmet Inc.** | | |
|---|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | | |
| Location<br>Where Filed: **None** | Case Number: | | Date Filed: |
| Location<br>Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | | |
| Name of Debtor:<br>**None** | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
  ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

  _____
  (Name of landlord or lessor that obtained judgment)

  _____
  (Address of landlord or lessor)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**47th St. Gourmet Inc.** |
|---|---|
| **Signatures** ||

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|
| X **/s/ Leslie A. Berkoff**<br>Signature of Attorney for Debtor(s)<br><br>**Leslie A. Berkoff, Esq.**<br>**Moritt Hock & Hamroff LLP**<br>**400 Garden City Plaza**<br>**Garden City, NY 11530-3336**<br>**(516) 873-2000 Fax: 516 873-2010**<br>**lberkoff@moritthock.com**<br><br>**March 10, 2011**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Teresa Kefalogiannis**<br>Signature of Authorized Individual<br><br>**Teresa Kefalogiannis**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**March 10, 2011**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# WRITTEN CONSENT
# OF
# THE SOLE DIRECTOR
# OF
# 47TH STREET GOURMET INC.

**Pursuant to Section 708 of the Business Corporation Law of the State of New York**

The undersigned, being the sole director of 47th Street Gourmet Inc., a New York corporation (the "Corporation"), hereby consents to the adoption of the following resolutions and all of the actions prescribed therein pursuant to Section 708 of the Business Corporation Law of the State of New York (the "BCL"):

**WHEREAS**, on Wednesday, March 9, 2011, a telephonic meeting was held by all of the shareholders of the Corporation during which the shareholders unanimously approved of the following resolutions;

**NOW, THEREFORE, BE IT**

**RESOLVED**, that in the judgment of the sole director and the shareholders, it is desirable and in the best interests of the Corporation, its creditors, shareholders and other interested parties, that a petition be filed by the Corporation under the provisions of Chapter 11, Title 11, United States Code (the "Bankruptcy Code"); and be it further

**RESOLVED**, that the form of petition under Chapter 11 of the Bankruptcy Code be, and the same hereby is, approved and adopted in all respects, and that the Corporation is hereby authorized to retain counsel (specifically, Moritt Hock & Hamroff LLP as bankruptcy counsel) and such other consultants, advisors and professionals as are deemed necessary, and to execute and verify a petition substantially in such form and to cause the same to be filed (along with all other necessary documents) with the United States Bankruptcy Court for the Southern District of New York; and be it further

**RESOLVED**, that the proper officers of the Corporation be, and each of such officers hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation or otherwise, to take any and all actions, perform all such other acts and things, execute, file, deliver and/or record all such certificates, instruments, agreements or other documents, and make and receive all such payments as such officers may, in such officers' sole discretion, deem necessary or advisable in order to carry into effect the purposes and intent of the foregoing resolutions, the authority therefore to be conclusively evidenced by the taking of such action, performance of such acts and things, execution, filing, delivery and/or recording of such documents.

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the 9th day of March, 2011.

_____
Name: Tassa Kefalojiannis
Title: Director


I hereby certify that I acted as Secretary on behalf of the Corporation with respect to telephonic meeting of the shareholders referenced above:

_____
Name: Jagtar Suri

JAGTAR S. BENIPAL

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
Southern District of New York,-Manhattan Division

IN RE:  
47th St. Gourmet Inc.  
                Debtor

Case No. _____  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B.", a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security |
|---|---|---|---|---|
| 757 3rd Ave Associates<br>PO Box 5750<br>Hicksville, NY 11802-5750 | 757 3rd Ave Associates<br>PO Box 5750<br>Hicksville, NY 11802-5750 | Contract debt | Disputed | $329,773.20 |
| Mancini<br>468 Grand Boulevard<br>Westbury, NY 11590 | Mancini<br>468 Grand Boulevard<br>Westbury, NY 11590 | Trade debt | | $22,403.00 |
| ZeZe Food<br>57-58 59th Street<br>Maspeth, NY 11378 | ZeZe Food<br>57-58 59th Street<br>Maspeth, NY 11378 | Trade debt | | $7,799.75 |
| Harleysville Insurance<br>PO BOX 37712<br>Philadelphia, PA 19102 | Harleysville Insurance<br>PO BOX 37712<br>Philadelphia, PA 19102 | Trade debt | | $5,151.65 |
| Wonder Foods<br>57-10 Flushing Ave<br>Maspeth, NY 11378 | Wonder Foods<br>57-10 Flushing Ave<br>Maspeth, NY 11378 | Trade debt | | $5,101.79 |
| Castlepoint Insurance<br>120 Broadway<br>21st Floor<br>NY, NY 10271 | Castlepoint Insurance<br>120 Broadway<br>21st Floor<br>NY, NY 10271 | Trade debt | | $3,188.00 |
| JD Levantis Accountants<br>2818 Ditmars Blvd<br>Astoria, NY 11103 | JD Levantis Accountants<br>2818 Ditmars Blvd<br>Astoria, NY 11103 | Trade debt | | $2,900.00 |
| Healthpass<br>7120 Lake Elenor Drive<br>Orlando, FL 32109 | Healthpass<br>7120 Lake Elenor Drive<br>Orlando, FL 32109 | Trade debt | | $1,861.00 |
| Harleysville Insurance<br>PO BOX 37712<br>Philadelphia, PA 19101 | Harleysville Insurance<br>PO BOX 37712<br>Philadelphia, PA 19101 | Trade debt | | $1,750.00 |
| Rogers Family Company<br>1731 Aviation Blvd<br>Lincoln, CA 95648 | Rogers Family Company<br>1731 Aviation Blvd<br>Lincoln, CA 95648 | Trade debt | | $1,414.50 |

205195v1

| | | | | |
|---|---|---|---|---|
| Fischer Foods<br>200 Brenner Drive<br>Congers, NY 10920 | Fischer Foods<br>200 Brenner Drive<br>Congers, NY 10920 | Trade debt | Disputed | $1,333.09 |
| Green City Organics<br>114 Troutman St. #504<br>Brooklyn, NY 11206 | Green City Organics<br>114 Troutman St. #504<br>Brooklyn, NY 11206 | Trade debt | | $1,200.00 |
| Queens Boro Milk<br>156-02 Liberty Ave<br>Jamaica,. NY 11433 | Queens Boro Milk<br>156-02 Liberty Ave<br>Jamaica,. NY 11433 | Trade debt | | $1,014.63 |
| Tom Cat Bakery<br>43-05 10th St.<br>LIC, NY 11101 | Tom Cat Bakery<br>43-05 10th St.<br>LIC, NY 11101 | Trade debt | | $670.86 |
| IESI Sanitation<br>PO Box 660654<br>Dallas, TX 75266-0654 | IESI Sanitation<br>PO Box 660654<br>Dallas, TX 75266-0654 | Trade debt | | $647.81 |
| Jess Berkowitz Esq.<br>401 Broadway, #1510<br>NY, NY 10013 | Jess Brerkowitz Esq.<br>401 Broadway, #1510<br>NY, NY 10013 | Trade debt | | $500.00 |
| Neri's Bakery<br>P.O. Box 1021<br>Bronx, NY 104736 | Neri's Bakery<br>P.O. Box 1021<br>Bronx, NY 104736 | Trade debt | | $64.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, Teresa Kefalogiannis, President of 47th St. Gourmet,Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: March 10, 2011        Signature:         /s/ Teresa Kefalogiannis

                                    Teresa Kefalogiannis, President
                                                                        (Print Name and Title)

United States Bankruptcy Court
Southern District of New York, Manhattan Division

IN RE: Case No. _____

47th St. Gourmet Inc. Chapter **11**
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Jagtar Singh Benipal**<br>51-29 214th St.<br>Oakland Gardens, NY 11364 | 10 | **Common Stockholder** |
| **Teresa Kefalogiannis**<br>2 Red Cedar Court<br>Dix Hills, NY 11746 | 55 | **Common Stockholder** |
| **Tommy Kommatas**<br>3247 35th St.<br>Astoria, NY 11106 | 35 | **Common Stockholder** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Southern District of New York, Manhattan Division

IN RE:                                              Case No. _____

**47th St. Gourmet Inc.**                   Chapter **11**
                Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................... $ **30,000.00**

   Prior to the filing of this statement I have received ....................................................... $ **30,000.00**

   Balance Due ........................................................................................... $ **0.00**

2. The source of the compensation paid to me was: ☐ Debtor  ☑ Other (specify): **Debtor' and Debtor's Principal**

3. The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

      **March 10, 2011**             */s/ Leslie A. Berkoff*
               Date                    Leslie A. Berkoff, Esq.
                                            Moritt Hock & Hamroff LLP
                                            400 Garden City Plaza
                                            Garden City, NY 11530-3336
                                            (516) 873-2000 Fax: 516 873-2010
                                            lberkoff@moritthock.com

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Southern District of New York, Manhattan Division

IN RE:                                                                Case No. _____

**47th St. Gourmet Inc.**                                             Chapter **11**
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 10, 2011**      Signature: **/s/ Teresa Kefalogiannis**
                                         **Teresa Kefalogiannis, President**                       Debtor

Date: _____          Signature: _____
                                                                                        Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

757 3rd Ave Associates
PO Box 5750
Hicksville, NY 11802-5750

Adam's Gourmet Bakery
907 East 135th Street
Bronx, NY 10454

Alladin Bakers
240 25th Street
Brooklyn, NY 11232

American Express CC Services
Mail Stop 95-01-10C
2900 N Commerce Parkway
Miramar, FL, 33205

American Express Merchant Services
PO Box 53773
Phoenix, AZ 85072-3773

Aramark
PO Box 277
Union NJ 07083

Beverage Works
1800 Rte 34, Suite 203
Wall, NJ 07719

Castlepoint Insurance
120 Broadway, 21st floor,
NY, NY 10271

Center Dairy
144 Bell Road
Scarsdale, NY 10583

Coca-Cola
P.O. Box 4108
Boston, MA 02211-4108

Con Edison
Cooper Station, PO Box 138
NY, NY 10276

Conca D'Oro
72-05-51st Ave
Woodside, NY 11377

Fischer Foods
200 Brenner Drive
Congers, NY 10920

Food NY
708 3rd Avenue, #1501
NY, NY 10017

GCS Computer
266 W. 37th Street #19
New York, NY 10018

Green City Organics
114 Troutman St. #504
Brooklyn, NY 11206

Guardian Insurance
p.o. Box 12409
Newark, NJ  07101

Harleysville Insurance
PO BOX 37712
Philidelphia, PA 19101

Harleysville Insurance
PO BOX 37712
Philidelphia, PA 19102

Healthpass
7120 Lake Elenor Drive
Orlando, FL 32109

IESI Sanitation
PO Box 660654
Dallas, TX 75266-0654

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JD Levantis Accountants
28-18 Ditmars Blvd
Astoria, NY 11105

Jess Berkowitz ESQ
401 Broadway, #1510
NY, NY, 10013

JNI Specialty Foods
29 Brandywine Drive
Deer Park, NY 11729

John's Fresh Produce
30-41 49th Street
Astoria, NY 11103

Katerina Arvanitakis ESQ
48-02 25th Avenue, Suite 309
Astoria, NY 11103

Kohler
PO Box 156
Irvington NY 10533

LaBella Mozzarella
15 Arlington Ave
Kearny NJ 07032

Little Island Produce
19 Sherman Ave
Plainview NY 11803

Mancini
468 Grand Boulevard
Westbury NY 11590

Mighty Cat
P.O. Box 110
Clifton, NJ 07015


Nations47 Parking LLC
245 East 47th Street
NY, NY 10017

Neri's Bakery
P.O. Box 1021
Bronx, NY 104736

NYC Dept of Finance
345 Adams Street 3rd fl.
Legal affairs- Devora Cohn
Brooklyn, 11201

NYS Dèpt. of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance Fund
PO Box 551
Albany, NY 12201

Parking Violations Bureau
210 Joralemon Ave.
Brooklyn, NY 11201

Paychex Payroll Service
1393 Veterans Memorial HWY, # 401
Happaugue, NY 11788

Pepsi
114-02 15th Ave
College Point NY 11356

Queens Boro Milk
156-02 Liberty Ave
Jamaica NY 11433

Queensway
PO Box 231
Commack NY 11725

RBS Worldpay
8010 Roswell Rd.
Atlanta, GA 30350
RBS Worldpay
600 Morgan Falls Rd.
Atlanta, GA 30350

Rogers Family Company
1731 Aviation Blvd
Lincoln, CA 95648

Security and Exchange Commission
Woolworth Bldg.
233 Broadway, John Murray
New York, NY 12207

Slomin's Inc
125 Lauman Lane
PO Box 1866
Hicksville, NY 11802

Snapple
212 Walcott Street
Brooklyn NY 11231

Sunshine Citrus
7-02 154th Street
Whitestone NY 11357

Sweet Sams
1261 Seabury Ave
Bronx, NY 10462

Tom Cat Bakery
43-05 10th St.
LIC, NY 11101

United States Attorney
One Saint Andrews Plaza
Claims Unit # 417
New York, NY 10007

United States Trustees Office
33 Whitehall Street, 21st floor
New York, NY 10004

United States Trustee
74 Chapel Street
Albany, NY 12207

Verizon
140 West Street
New York, NY 10007

Wells Fargo
757 Third Avenue
New York, NY 10017

Wonder Foods
57-10 Flushing Ave
Maspeth, NY 11378

ZeZe Food
57-58 59th Street
Maspeth NY 11378

205181v2